## Commonwealth ex rel. Motley, Appellant, *v.* Myers.

Submitted November 14, 1966. Before BELL, C. J.,
MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Matthew Motley,* appellant, in propria persona.

*John F. O'Neill, Jr.* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, January 4, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.